UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
NOV 19 2020
U.S. CLERK
EVANSVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | CAUSE NO. |
| ) | 1:20-cr-305-JMS-TAB |
| RYAN PHELPS ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

COUNT ONE
[Unlawful Possession of a Firearm by a Convicted Felon– Title 18 United States Code Section 922(g)(1)]

The Grand Jury charges that:

On or about August 21, 2020, within the Southern District of Indiana, RYAN PHELPS, the defendant herein, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Kari's Arms KG15 rifle, after knowingly having been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

Auto theft, a felony under Marion County, Indiana cause number 49G05-0811-FC-269301, on or about November 28, 2010; and/or

Resisting Law Enforcement, a felony under Marion County, Indiana cause number 49G04-0803-FD-055229, on or about November 22, 2008; and/or

in violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE**

1. The allegations in this indictment are realleged as if fully set forth here, for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c).

2. If convicted of the offense set forth in the indictment, RYAN PHELPS, the defendant herein, shall also forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm, ammunition or magazine involved in or used in the offense of which he is convicted.

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
United States Attorney

By: _____
Lawrence D. Hilton
Assistant United States Attorney